Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA  91403
Telephone: (818) 933-5700
Facsimile:  (818) 933-5755



## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:           CLERK, U.S. BANKRUPTCY COURT

Re:           UNDISTRIBUTED FUNDS

Debtor:       THOMAS TOMLINSON
              5222 CEDROS AVE
              SHERMAN OAKS, CA  91411

Case No.:     SV07-11023-KT

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| THOMAS TOMLINSON<br>5222 CEDROS AVE.<br>SHERMAN OAKS, CA 91411 | $ 32.74 |

Dated:  September 20, 2010                                    _Elizabeth J Rojas_
                                                              Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0816270  
Check Date: 09/20/2010  
Check Amt: 32.74

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0711023 | Claim #: 00000 | THOMAS TOMLINSON | | 0.00 | 0.00 | 32.74 | 32.74 |
| | | | TOTALS | 0.00 | 0.00 | 32.74 | 32.74 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

TOMLINSON, THOMAS

Case No: 0711023

1ST ENTERPRISE BANK  
818 W. Seventh Street, Suite 220  
Los Angeles, CA 90017

16-4430/1220

**CHECK DATE**: Sep 20, 2010  
**CHECK NO.**: 0816270  
**CHECK AMOUNT**: $**********32.74  
VOID AFTER 60 DAYS

PAY ONLY **32.74** THREE TWO PERIOD SEVEN FOUR

PAY TO THE ORDER OF: CLK US BANKRUPTCY CT

VOID OVER $32.74

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑆0816270⑆ ⑈122044300⑈ 001⑉111690⑈